STATE OF NEW JERSEY v. STEPHEN CASTELLANO.

June 9, 1987.

Petition for certification denied.

STATE OF NEW JERSEY v. KENNETH WRENN.

June 9, 1987.

Petition for certification denied.

STATE OF NEW JERSEY v. HENRY WILLIAMS, SR.

June 9, 1987.

Petition for certification denied.

STATE OF NEW JERSEY v. MELVIN STAMPS.

June 9, 1987.

Petition for certification denied.

STATE OF NEW JERSEY v. CORNELIUS WALKER.

June 9, 1987.

Petition for certification denied.   (See 216 *N.J.Super.* 39)